**Fill in this information to identify your case:**

Debtor 1  Aristides    L    Bautista
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ Southern District of ____ NY

Case number 26-11026-pb
(If known)

FILED
U.S. BANKRUPTCY COURT
2026 MAY -6 P 2:08
S.D.N.Y.

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No

        ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number    Street

   _____
   City    State    ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* **Your codebtor**        *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.1**
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1   Aristides          L              Bautista          Case number *(if known)*_____
   First Name    Middle Name        Last Name

**Additional Page to List More Codebtors**

*Column 1:* Your codebtor                                 *Column 2:* The creditor to whom you owe the debt

Check all schedules that apply:

3._

_____           ❑ Schedule D, line _____
Name                                                 ❑ Schedule E/F, line _____
_____           ❑ Schedule G, line _____
Number        Street

_____
City                    State         ZIP Code

3._

_____           ❑ Schedule D, line _____
Name                                                 ❑ Schedule E/F, line _____
_____           ❑ Schedule G, line _____
Number        Street

_____
City                    State         ZIP Code

3._

_____           ❑ Schedule D, line _____
Name                                                 ❑ Schedule E/F, line _____
_____           ❑ Schedule G, line _____
Number        Street

_____
City                    State         ZIP Code

3._

_____           ❑ Schedule D, line _____
Name                                                 ❑ Schedule E/F, line _____
_____           ❑ Schedule G, line _____
Number        Street

_____
City                    State         ZIP Code

3._

_____           ❑ Schedule D, line _____
Name                                                 ❑ Schedule E/F, line _____
_____           ❑ Schedule G, line _____
Number        Street

_____
City                    State         ZIP Code

3._

_____           ❑ Schedule D, line _____
Name                                                 ❑ Schedule E/F, line _____
_____           ❑ Schedule G, line _____
Number        Street

_____
City                    State         ZIP Code

3._

_____           ❑ Schedule D, line _____
Name                                                 ❑ Schedule E/F, line _____
_____           ❑ Schedule G, line _____
Number        Street

_____
City                    State         ZIP Code

3._

_____           ❑ Schedule D, line _____
Name                                                 ❑ Schedule E/F, line _____
_____           ❑ Schedule G, line _____
Number        Street

_____
City                    State         ZIP Code

Official Form 106H                    Schedule H: Your Codebtors                    page ___ of ___

**Fill in this information to identify your case:**

Debtor 1   ARISTIDES   L   BAUTISTA
First Name / Middle Name / Last Name

Debtor 2
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of NY

Case number   26 11026-pb
(If known)

FILED
U.S. BANKRUPTCY COURT
2026 MAY -6 P 2: 08
S.D.N.Y.

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | WAITRESS | |
| Employer's name | | EL MAMBI STEAKHOUSE CORP | |
| Employer's address | | Number  Street<br>4181 BROADWAY | Number  Street |
| | | NEW YORK   NY   10033<br>City   State   ZIP Code | City   State   ZIP Code |
| How long employed there? | | 10YEARS | 10YEARS |

**Part 2:   Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 2,743.03 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $_____ | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 2,743.03 | $_____ |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1  **ARISTIDES        L        BAUTISTA**                    Case number *(if known)*_____
       First Name       Middle Name       Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here.................................................................➔ 4.  $  2,743.03      $_____

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 500.26 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $_____ |
| 5e. Insurance | 5e. | $ 0.00 | $_____ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $_____ |
| 5g. Union dues | 5g. | $ 0.00 | $_____ |
| 5h. Other deductions. Specify: NYSDI | 5h. + | $ 7.31 | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6.  $ 0.00      $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 2,235.46      $_____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $ 0.00      $_____

8b. **Interest and dividends**  8b.  $ 0.00      $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $ 0.00      $_____

8d. **Unemployment compensation**  8d.  $ 0.00      $_____

8e. **Social Security**  8e.  $ 0.00      $_____

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____  8f.  $ 0.00      $_____

8g. **Pension or retirement income**  8g.  $ 0.00      $_____

8h. **Other monthly income.** Specify: _____  8h. +  $ 0.00      + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $_____      $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ 2,235.46  +  $_____  =  $_____

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____  11. + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies  12.  $_____

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain: _____